No. 436. EGAN *v.* CALIFORNIA ET AL. Petition for writ of certiorari to the Supreme Court of California. October 14, 1946. Denied. *Elizabeth Cassidy* for petitioner in No. 370. *Robert W. Kenny,* Attorney General of California, for respondents.

No. 379. HESLY *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 381. HARDWICK *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Scott County, Illinois, denied.

No. 382. FOG *v.* RAGEN, WARDEN; and

No. 383. JOHNSON *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 390. BARNES *v.* MARYLAND. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *John F. Lillard, Jr.* for petitioner. *William Curran,* Attorney General of Maryland, and *Hall Hammond,* Deputy Attorney General, for respondent.